<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGEL MARIA LOJANO ILLESCAS,<br><br>   Petitioner,<br><br>   v.<br><br>COREY CHU, *et al.*,<br><br>   Respondents. | No. 25cv17273 (EP)<br><br>**ORDER** |

Petitioner Angel Maria Lojano Illescas is a forty-six year-old national of Ecuador and noncitizen of the United States who has lived in the United States since he entered without inspection on January 1, 2003. D.E. 1 ("Petition") ¶¶ 1, 4, 25. Petitioner has no criminal convictions. *Id.* ¶ 4. On November 4, 2025, Petitioner was arrested by agents of the United States Department of Homeland Security near a Home Depot in New York City and is currently being detained without bond at the Delaney Hall Detention Facility ("Delaney Hall") in Newark, New Jersey. *Id.* ¶ 26.

On November 6, 2025, Petitioner filed a Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. *See* Dkt. In the Petition, Petitioner challenges his mandatory immigration detention at Delaney Hall as a violation of 8 U.S.C. § 1226(a) and the Fifth Amendment Due Process Clause. *Id.* ¶¶ 53-67.

In accordance with Rule 4 of the Rules Governing § 2254 Cases ("Habeas Rule 4")—which is applicable to § 2241 cases through Rule 1(b) of the Rules Governing § 2254 Cases—this Court has screened the Petition for dismissal and determined that dismissal without an answer and the record is not warranted. The Court will order an expedited answer. The Court will further order,

pursuant to the All Writs Act, 28 U.S.C. § 1651, that Petitioner shall not be removed from New Jersey during the pendency of this habeas corpus proceeding.

Accordingly,

**IT IS** on this **7ᵗʰ** day of November 2025,

**ORDERED** that the Clerk of the Court shall serve a copy of the Petition, D.E. 1, and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

**ORDERED** that the Clerk of the Court shall forward a copy of the Petition, D.E. 1, and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

**ORDERED** that, pursuant to the All Writs Act, 28 U.S.C. § 1651, Respondents shall not remove Petitioner from New Jersey during the pendency of this habeas corpus proceeding under 28 U.S.C. § 2241; and it is further

**ORDERED** that, pursuant to Habeas Rule 4, within **seven days** of the date of the entry of this Order, Respondents shall electronically file a full and complete answer to said Petition, which responds to the factual and legal allegations of the Petition; and it is further

**ORDERED** that the answer shall state the statutory authority for Petitioner's detention, *see* 28 U.S.C. § 2243; and it is further

**ORDERED** that Respondents shall raise by way of the answer any appropriate defenses which Respondents wish to have the Court consider; and it is further

**ORDERED** that Respondents shall electronically file with the answer certified copies of the administrative record and all other documents relevant to Petitioner's claims; and it is further

  **ORDERED** that all exhibits to the Answer must be identified by a descriptive name in the electronic filing entry, for example:

"Exhibit #1 Transcript of [type of proceeding] held on XX/XX/XXXX" or

"Exhibit #2 Opinion entered on XX/XX/XXXX by Judge YYYY"; and it is finally

  **ORDERED** that Petitioner may file and serve a reply brief in support of the Petition within **five days** after the answer is filed.

                      */s/ Evelyn Padin*
                       Evelyn Padin, U.S.D.J.